# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thurston, Jennifer L. | Eastern District-California | 08/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

510 19th Street, Suite 200
Bakersfield, CA 93301

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Co-Trustee | Trust #1 (See Part VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | Continuing participation in Kern County Deferred Compensation (457 plan) (former employer), no income |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | Kern County Employees' Retirement Association | $3,421.03 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Self-employed real estate agent |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 08/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of America Account | A | Interest | M | T | | | | | |
| 2. Morgan Stanley Account (cash equivalency) | B | Interest | M | T | | | | | |
| 3. WW Sycamore Farms LP | C | Distribution | M | W | | | | | |
| 4. Sunrise Terrace Madera Apartments LP | F | Distribution | L | W | | | | | |
| 5. Beechwood LP | C | Distribution | M | W | | | | | |
| 6. GSF Summer Place Investors LP | D | Distribution | N | W | | | | | |
| 7. GSF Springs Investors LP | E | Distribution | O | W | | | | | |
| 8. GSF Edgewater Investors LP | F | Distribution | M | W | | | | | |
| 9. Morgan Stanley SEP IRA | | | | | | | | | |
| 10. --Bank Deposit Program, Morgan Stanley Bank N.A. | A | Interest | J | T | | | | | |
| 11. --Capital Income Builder Fund Class C | C | Dividend | K | T | Sold (part) | 08/13/19 | J | | |
| 12. | | | | | Sold (part) | 10/11/19 | M | | |
| 13. --Capital World Growth & Income Fund Class C | B | Dividend | K | T | | | | | |
| 14. --AMCAP World Growth & Income Fund Class A | B | Dividend | L | T | | | | | |
| 15. --Europacific Growth Fund Class C | A | Dividend | K | T | Sold (part) | 10/11/19 | K | | |
| 16. --Prudential Jennison Natural Resources Fund Class C | | | | | Merged (with line 32) | 09/20/19 | K | | |
| 17. --American Fundamental Investors Fund Class A | D | Dividend | M | T | Sold (part) | 10/11/19 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thurston, Jennifer L.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | --Europacific Growth Fund Class A | B | Dividend | L | T | Buy | 10/11/19 | K | | |
| 19. | --American Balanced C | A | Dividend | | | Merged (with line 20) | 10/11/19 | L | | |
| 20. | --American Balanced A | C | Dividend | M | T | Buy | 10/11/19 | L | | |
| 21. | --Wells Fargo BK NA Sioux Falls SD CD | B | Interest | | | Redeemed | 06/10/19 | M | | |
| 22. | --State Bank India New York NY CD | C | Interest | | | Redeemed | 08/15/19 | M | | |
| 23. | --Franklin Growth C | A | Dividend | J | T | Sold (part) | 09/20/19 | J | | |
| 24. | --American US Gov't Money Mkt C | A | Dividend | M | T | | | | | |
| 25. | --American AMCAP A | B | Dividend | K | T | | | | | |
| 26. | --Bank of China New New York NY CD | C | Interest | M | T | Buy | 12/18/19 | M | | |
| 27. | --American US Govt Money MKT C | C | Dividend | M | T | | | | | |
| 28. | --Capital Income Inc Builder A | C | Dividend | M | T | Buy | 10/11/19 | M | | |
| 29. | --Capital Income Inc Builder F1 | A | Dividend | J | T | Buy | 08/13/19 | J | | |
| 30. | --American Fundamental Investors Fund C | B | Dividend | K | T | Buy | 10/11/19 | L | | |
| 31. | --Franklin Growth A | A | Dividend | J | T | Buy | 09/20/19 | J | | |
| 32. | --Prudential Jennison Natural Resources Fund Class A | A | Dividend | K | T | Buy | 09/20/19 | K | | |
| 33. | WW Mandalay Preserve, LLC | F | Distribution | L | U | | | | | |
| 34. | WW Multistate Properties I, LLC | G | Distribution | N | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. GSF Sunnyside Clovis Investors, LP | C | Distribution | L | W | | | | | |
| 36. GSF Maple Estates, LP | C | Distribution | L | W | | | | | |
| 37. WW Olympus Property IV, LLC | D | Distribution | M | W | | | | | |
| 38. GSF Lakeview Lemore Investors, LP | D | Distribution | M | W | | | | | |
| 39. Olympus Property Fund V LLC | D | Distribution | M | W | | | | | |
| 40. GSF West Pointe Investors, LP | D | Distribution | N | W | | | | | |
| 41. Olympus Property VI LLC | D | Distribution | M | W | | | | | |
| 42. GSF Capital Partnership | C | Distribution | K | W | | | | | |
| 43. Olympus Property VII LLC | D | Distribution | M | W | | | | | |
| 44. Olympus Development Fund 1, LLC | F | Distribution | K | W | | | | | |
| 45. WW Rosemeade LLC | B | Distribution | K | W | | | | | |
| 46. WW Cape House Investors LLC-1031<br>Portfolio | C | Distribution | L | W | | | | | |
| 47. GSF Jackson Park Place Investors L.P. | D | Distribution | M | W | | | | | |
| 48. WW Multifamily Northeast Heights LLC | A | Distribution | K | W | | | | | |
| 49. GSF Sierra Hills Clovis Investors, LP | B | Distribution | L | W | | | | | |
| 50. WW Santa Monica Investors LLC | C | Distribution | L | W | | | | | |
| 51. GSF Sierra Hills CLovis Investors, L.P. | B | Distribution | P1 | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thurston, Jennifer L.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. WW Preserve Investors LLC | C | Distribution | M | W | | | | | |
| 53. Olympus Opportunity Fund II LLC | A | Distribution | M | W | Buy | 03/29/19 | L | | |
| 54. | | | | | Buy (add'l) | 04/06/19 | K | | |
| 55. Olympus Property IX LLC | C | Distribution | M | U | Buy | 04/02/19 | L | | |
| 56. | | | | | Buy (add'l) | 05/31/19 | L | | |
| 57. WW Multistate Tradewinds LLC | A | Distribution | L | U | Buy | 05/22/19 | K | | |
| 58. | | | | | Buy (add'l) | 05/23/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The Trust #1, indentified in Part I, consists of personal assets that are not otherwise reportable (i.e., home, cars, etc.) and items that are reportable. The items in Trust #1 that are reportable, are listed in Part VII, lines 1 through 8, lines 33 through 57 and line 9. (Line 9 is made up of my husband's SEP detailed in lines 11-32, so these are part of the trust also).

2. As to the agreement listed in Part II, this refers to the 457 plan I have enrolled in when I was an employee of the County of Kern. I have continued to list "2009" as the date of the agreement because this is the year I separated from the County of Kern. Though I continue to have money in this plan, I cannot invest additional money and receive no income or disbursements from it.

3. The income set forth in Part III-A is the gross amount per month. I began taking the retirement amount on my birthday in 2017.

4. In Part VII, AMCAP Fund C was deleted because it was sold in 2018

5. In Part VII, Franklin Gold & Precious Metals Fund Class C was deleted because it was sold in 2018.

6. In Part VII, American Fundamental Investors Fund Class C was deleted because it was sold in 2018.

7. In Part VII, US Treasury Notes Ser B - 2018 was deleted because it was redeemed in 2018.

8. In Part VII, SAFRA Nat'l Bank CD New York, NY CD was deleted because it was redeemed in 2018.

9. In Part VII beginning at line 10, I added various funds purchased by my husband's SEP during 2019. I added them here, rather than at the end of the section, to keep them with the other investments held by the SEP. This resulted in renumbering of the entries beginning in this year's line 33 (WW Mandalay Preserve, LLC) and those following.

11. In Part VII at line 11, rather than a sale or a purchase, shares of Class C were exchanged for shares of Classes FI (line 29) and Class A (line 28). I used the terms "sold part " and "buy" because they seemed to be the closest descriptors of what occurred.

12. In Part VII at line 15, rather than a sale or a purchase, shares of Class C were exchanged for Class A (line 18). I used the term "sold" and "buy" because they seemed to be the closest descriptors of what occurred.

13. In Part VII at line 16, rather than a sale or a merger, all of the shares of Class C were exchanged for Class A (line 32). I used the term "merger" and "buy" because they seemed to be the closest descriptors of what occurred.

14. In Part VII at line 17, rather than a sale or a purchase, shares of Class C were exchanged for Class A (line 30). I used the term "sold" and "buy" because they seemed to be the closest descriptors of what occurred.

15. In Part VII at line 19, rather than a purchase or a merger, all of the shares of Class C were exchanged for Class A (line 20). I used the term "merger" and "buy" because they seemed to be the closest descriptors of what occurred.

16. In Part VII at line 23, rather than a sale or a purchase, shares of Class C were exchanged for Class A (line 31). I used the term "sold" and "buy" because they seemed to be the closest descriptors of what occurred.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer L. Thurston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544